# Court of Appeals
# of the State of Georgia

ATLANTA,  July 14, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1532. KONO SMITH v. SHANE M. TOUCH**

On March 14, 2020, the Supreme Court of Georgia declared a judicial emergency, which tolled and granted relief from any filing deadline. On May 11, 2020, the Supreme Court granted this Court the authority to reimpose those suspended deadlines on a case-by-case basis. Thereafter, on June 10, 2020, this Court issued an order in this case directing the appellant to file within 20 days of that order its brief or motion for extension of time to file said brief. The appellant in this case failed to comply with the June 10, 2020 order issued by this Court.

Accordingly, this appeal is DISMISSED. The clerk is hereby DIRECTED to transmit notice of this order to the appellant.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/14/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*